United States District Court
Southern District of Texas
**ENTERED**
April 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-371 |
| § | |
| 8.059 ACRES OF LAND, MORE OR LESS, *et al*, § § § | |
| Defendants. § | |

### NOTICE OF RESCHEDULING OF INITIAL PRETRIAL CONFERENCE BY VIDEO

The Initial Pretrial Conference by video via Zoom (previously set for April 7, 2021) is hereby reset for June 9, 2021, at 9:00 a.m. before the Honorable Randy Crane, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

Counsel for Plaintiff is required to serve a copy of the Order for Conference and Disclosure of Interested Parties previously entered in this case together with a copy of this Order upon Defendant or Defendant's counsel.

SO ORDERED April 7, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge