United States District Court
Southern District of Texas
**ENTERED**
August 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-371 |
| § | |
| 8.059 ACRES OF LAND, MORE OR LESS, *et al.*, § § § | |
| Defendants. § | |

## ORDER SETTING STATUS CONFERENCE AND STAYING CASE

IT IS HEREBY ORDERED that this matter is set for status conference on January 14, 2022, at 10:00 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

IT IS FURTHER ORDERED that this case is STAYED during the interim.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED August 4, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge